## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Deborah A. St. Peter                          CHAPTER 13

Debtor(s)

BKY. NO. 26-12243 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Planet Home Lending, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
16 Jun 2026, 15:14:34, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 1213a3077c26bd001b8a7be44a977cf68dad38b68e9b7e426fdb1e9b3f85875c